UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022

TATYANA ZEMSKOVA,

                Plaintiff,

-against-

JOHN DOES 1-10 and JANE DOES 1-10,

                Defendants.

1:21-cv-8393 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff Tatyana Zemskova commenced this action on October 19, 2021 against John and Jane Does 1-10. [ECF No. 8] ("Compl."). On January 11, 2022, the Court granted Plaintiff's request [ECF No. 13] for expedited discovery and leave to file third party subpoenas to determine the identities of the John and Jane Doe defendants in this case. [ECF No. 14]. Thereafter, on February 8, 2022, three subpoenas were issued to various internet service providers. [ECF Nos. 15-17]. Since that time, no action has taken place, and Plaintiff has not prosecuted her case.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a status letter on or before May 27, 2022 regarding the status of identification of the John and Jane Doe defendants in this case. **Counsel and Plaintiff herself are on notice that failure to comply with the Court's orders and Rules may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

**SO ORDERED.**

**Date: May 20, 2022**
      **New York, NY**

_____
MARY KAY VYSKOCIL
**United States District Judge**